Frederick H. Schneider, Appellant, v. Timothy Heffernan and St. James Church, Respondents.— Judgment modified by striking therefrom the costs allowed to the church, and as modified affirmed, with costs. All concurred.

Charles H. Starke, Appellant, v. The Catskill and Albany Steamboat Company, Limited, and W. Allison Bear, Respondents.— Order affirmed, with ten dollars costs and disbursements.    All concurred.

Alice M. Van Brochlin, as Administratrix, etc., of Ira D. Rose, Deceased, Respondent, v. Helene Rose Van Allmen, Jeremiah Wood, as Committee of the Person of Helene Rose Van Allmen, an Adjudged Incompetent, Respondents, and Camille Fumo, Appellant.— Judgment unanimously affirmed, with costs.